| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>December 22, 2021<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER ROBERTSON,<br><br>　　　　　　Defendant. | Case No.   2:21-mj-00189-JDP<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHRISTOPHER ROBERTSON, Case No.  2:21-mj-00189-JDP  Charge 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(vii), from custody for the following reasons:

　　　_____  Release on Personal Recognizance

　　　__X__  Bail Posted in the Sum of $   50,000.00.

　　　　　　__X__  Unsecured Appearance Bond $   50,000.00.

　　　　　　_____  Appearance Bond with 10% Deposit

　　　　　　_____  Appearance Bond with Surety

　　　　　　_____  Corporate Surety Bail Bond

　　　　　__X__  (Other): The defendant is to be released at 10:00 a.m. on December 23, 2021.

Issued at Sacramento, California on December 22, 2021 at 2:45 p.m.

By:  _\_\_\_/s/ Dennis M. Cota_____

Dennis M. Cota, United States Magistrate Judge